931 So.2d 929 (2006)
Terry BARRON, Appellant,
v.
STATE of Florida, Appellee.
No. 2D05-4673.
District Court of Appeal of Florida, Second District.
March 17, 2006.
*930 LaROSE, Judge.
Affirmed. See Carter v. State, 920 So.2d 774 (Fla. 3d DCA 2006); Cornet v. State, 915 So.2d 239 (Fla. 3d DCA 2005); Hamilton v. State, 914 So.2d 993 (Fla. 4th DCA 2005); Garcia v. State, 914 So.2d 29 (Fla. 4th DCA 2005); Thomas v. State, 914 So.2d 27 (Fla. 4th DCA 2005); Galindez v. State, 910 So.2d 284 (Fla. 3d DCA 2005). We certify conflict with Isaac v. State, 911 So.2d 813 (Fla. 1st DCA 2005).
WHATLEY and CANADY, JJ., Concur.